IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TYRONE POWELL,

    Petitioner,   No. CIV S-05-1786 GEB KJM P

  vs.

DAVID RUNNELS,[1]

    Respondents.   <u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an extension of time in which to file an amended petition.

    Because petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondents are directed to file a response to petitioner's amended habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254

---

[1] Petitioner has spelled respondent's name "Runnals." The caption reflects the correct spelling.

1

Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

       2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

       3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter;

       4. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior Assistant Attorney General; and

       5. Petitioner's request for an extension of time in which to file an amended petition is denied as moot.

DATED: May 11, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
powe1786.100