IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYRONE POWELL,** | CIV S-05-1786 GEB KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **DAVID RUNNELS,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a thirty day extension of time to and including August 21, 2008, to file Respondent's answer to the petition for writ of habeas corpus (docket no. 27), is hereby GRANTED.

Dated: July 23, 2008.

_____
U.S. MAGISTRATE JUDGE

Order