1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TYRONE POWELL,

12              Petitioner,                    2:05-cv-1786-GEB-KJM-P

13        vs.

14   DAVID RUNNELS,

15              Respondent.                    ORDER

16   _____/

17              Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

18   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20              On June 18,2009, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within twenty days.  Petitioner has filed

23   objections to the findings and recommendations.

24              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

25   72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the

26   ///

                                               1

1  entire file, the court finds the findings and recommendations to be supported by the record and by

2  proper analysis.

3           Accordingly, IT IS HEREBY ORDERED that:

4           1.  The findings and recommendations filed June 18, 2009, are adopted in full;

5  and

6           2.  Petitioner's application for a writ of habeas corpus is denied.

7  Dated:  August 4, 2009

8

9                                    _____
                                     GARLAND E. BURRELL, JR.
10                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                         2